# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTUAL IMMERSION TECHNOLOGIES LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>TXTME TV LTD.,<br><br>            Defendant. | **Civil Action No. 2:16-cv-1024-RWS**<br><br><br>**JURY TRIAL DEMANDED** |

## FINAL JUDGMENT

Pursuant to the Order Granting Plaintiff Virtual Immersion Technologies LLC's Notice of Voluntary Dismissal Without Prejudice, the Court hereby enters Final Judgment.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the parties take nothing and that this case is **DISMISSED** without prejudice.

**So ORDERED and SIGNED this 19th day of October, 2016.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE